# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| BRIAN DEGENHARDT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP B. WILLETTE CO, LPA,<br><br>Defendant. | Civil Action: 4:20-cv-578 |

## ORDER OF DISMISSAL

Plaintiff Brian Degenhardt, individually and on behalf of all others similarly situated, and Defendant Philip B. Willette Co, LPA, have settled all claims against each other. In accordance with the parties' Joint Stipulation of Dismissal with Prejudice (Dkt. #8), the Plaintiff's causes of action against Defendant are hereby DISMISSED with prejudice, with the parties to bear their own costs and attorneys' fees.

**SIGNED this the 7th day of July, 2021.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE